UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MOORE II ET AL.,

        Plaintiffs,	Case No. 2:23-cv-11506

v.	Honorable Susan K. DeClercq
    United States District Judge

HEIDI WASHINGTON ET AL.,
        Honorable Patricia T. Morris
        Defendants.	United States Magistrate Judge
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

On January 30, 2024, Magistrate Judge Patricia T. Morris issued a report recommending that this Court deny Plaintiffs' Motion for Preliminary Injunction. ECF No. 29. Judge Morris provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the R&R, ECF No. 29, is **ADOPTED**, and that Plaintiffs' Motion for Preliminary Injunction, ECF No. 24, is **DENIED**.

Dated: 4/2/2024	*s/Susan K. DeClercq*
    SUSAN K. DeCLERCQ
    United States District Judge